LOU WILSON v. METROPOLITAN LIFE INSURANCE COMPANY.

(Filed 6 January, 1937.)

**Insurance § 34d—**

> In this action on a disability clause in a certificate under an employees' group policy, judgment of nonsuit in insurer's favor is affirmed under authority of *Fulton v. Insurance Co.,* 210 N. C., 394.

APPEAL by plaintiff from *Rousseau, J.,* at November Term, 1935, of ROCKINGHAM.

Civil action to recover on certificate of group insurance issued by defendant to plaintiff as an employee of the Riverside and Dan River Cotton Mills, Inc.

From judgment of nonsuit entered at the close of all the evidence, plaintiff appeals, assigning errors.

*P. T. Stiers for plaintiff, appellant.*
*Manly, Hendren & Womble and W. P. Sandridge for defendant, appellee.*

PER CURIAM. In principle, the facts of the instant case are identical with those appearing in the case of *Fulton v. Metropolitan Life Insurance Co.,* 210 N. C., 394, 186 S. E., 486. The master policy is the same. The judgment of nonsuit affirmed in the *Fulton case, supra,* is authority for the judgment entered here.

Affirmed.